IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham

Criminal Action No. 92-cr-00335-EWN-1

UNITED STATES OF AMERICA,

v.

STEVEN ROBERTSON,

    Movant.

---

ORDER DENYING FED. R. CIV. P. 60(B)(4) MOTION

---

    Movant Steven Robertson is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary – Victorville in Adelanto, California.  He has filed *pro se* a motion titled "Motion to Void Conviction on Jurisdiction [sic] Grounds Under Federal Rules of Civil Procedure 60(b)(4)."  He contends that I was without jurisdiction to convict him.  He seeks to vacate his convictions and sentences for lack of jurisdiction.  He also has filed a sealed document (docket number 162).

    I must construe the Fed. R. Civ. P. 60(b)(4) motion liberally because Mr. Robertson is representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  However, I should not be the *pro se* litigant's advocate.  *See Hall*, 935 F.2d at 1110.  For the reasons stated below, the Fed. R. Civ. P. 60(b)(4) motion will be denied.

Mr. Robertson was convicted in 1993 after a jury trial of one count of conspiring to distribute more than fifty grams of crack cocaine, one count of attempting to possess more than 500 grams of cocaine, and five counts of laundering the proceeds of a cocaine operation. The jury acquitted Mr. Robertson of one charge: aiding and abetting the distribution of more than five grams of cocaine. I sentenced him to life in prison. The judgment was entered on the docket on August 10, 1993. The United States Court of Appeals for the Tenth Circuit (Tenth Circuit) affirmed his convictions on direct appeal. *See United States v. Robertson*, 45 F.3d 1423 (10th Cir. 1995).

Mr. Robertson then filed a petition to vacate his convictions and sentences pursuant to 28 U.S.C. § 2255. On February 16, 2001, I denied the motion and dismissed the action with prejudice. On September 24, 2002, the Tenth Circuit denied Mr. Robertson a certificate of appealability, denied his motion to proceed *in forma pauperis*, and dismissed the appeal.

On February 28, 2005, Mr. Robertson filed *pro se* a document titled "Writ of Error Coram Nobis 28 U.S.C.A. § 1651," which I treated as a successive § 2255 motion and on March 21, 2005, transferred the motion to the Tenth Circuit. *See United States v. Robertson*, No. 05-cv-00376-EWN (D. Colo. Mar. 21, 2005) (unpublished). On April 4, 2005, Mr. Robertson filed a letter both with this court and with the Tenth Circuit, asking to withdraw the § 2255 motion without prejudice. On May 10, 2005, the Tenth Circuit dismissed the appeal, noting that Mr. Robertson had failed to file a proper motion for permission to file another § 2255 motion and that he had sent a letter to the circuit

indicating that he wished to withdraw the matter.  *See Robertson v. United States*, No. 04-1143 (10th Cir. May 10, 2005) (unpublished).

On October 30, 2006, Mr. Robertson filed the motion titled "Motion to Void Conviction on Jurisdiction [sic] Grounds Under Federal Rules of Civil Procedure 60(b)(4)," currently pending before me.  It is readily apparent that Mr. Robertson is proceeding under the wrong rule and that Fed. R. Civ. P. 60(b) is not available to obtain the relief he seeks.  Rule 1 of the Federal Rules of Civil Procedure unambiguously provides that "[t]hese rules govern the procedure in the United States district courts in all suits of a civil nature."  The judgment that Mr. Robertson contests was entered, not in a civil case, but in a criminal case.  Fed. R. Civ. P. 60(b) simply does not provide for relief from judgment in a criminal case.  *See United States v. Mosavi*, 138 F.3d 1365, 1366 (11th Cir. 1998).  Accordingly, it is

ORDERED that the motion Movant Steven Robertson filed *pro se* titled "Motion to Void Conviction on Jurisdiction [sic] Grounds Under Federal Rules of Civil Procedure 60(b)(4)" is denied.  It is

FURTHER ORDERED that the request in the April 4, 2005, letter to withdraw without prejudice the February 28, 2005, document titled "Writ of Error Coram Nobis 28 U.S.C.A. § 1651" is granted.  It is

FURTHER ORDERED that the sealed document (docket number 162) is denied as moot.

DATED at Denver, Colorado, this 25th day of January, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge