IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 92–cr–00335–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  STEVEN ROBERTSON,

      Defendant.

---

### ORDER

---

This matter is before the court on Defendant Steven Robertson's motion to reconsider #164 and/or #165. The motion to reconsider does not raise any new argument that was not made in the previous motion (#161). The motion is therefore DENIED.

Dated this 25th day of September, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge