# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 92-cr-00335-EWN

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

STEVEN ROBERTSON,

　　　　Defendant.

---

## ORDER TO CURE DEFICIENCY

---

Nottingham, Chief Judge

　　　　Defendant submitted a Notice of Appeal, an Application To Proceed Without

Prepayment Of Fees And Affidavit, and a Motion For Certificate Of Appealability on

October 1, 2007.  The court has determined that the Application To Proceed Without

Prepayment Of Fees And Affidavit is deficient as described in this order.  Defendant

will be directed to cure the following if he wishes to pursue this appeal.

**(A)  Filing Fee**
　　 X   is not submitted

**(B)  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. §
　　　1915 and Fed. R. App. P. 24:**
　　____ is not submitted
　　____ is missing affidavit
　　____ is missing required financial information
　　____ is missing an original signature by the prisoner
　　 X   is not on proper form (must use the court's current form)
　　 X   other  trust account statement not certified

Accordingly, it is

**ORDERED** that Defendant cure the deficiencies designated above within thirty

(30) days from the date of this order.  Any papers that Defendant files in response to

this order must include the  criminal action number on this order.  It is

**FURTHER ORDERED** that the Clerk of the Court mail to Defendant, together

with a copy of this order, an original and one copy of the following forms:   Motion and

Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R.

App. P. 24.  It is

**FURTHER ORDERED** that, if Defendant fails to cure the designated deficiencies

within 30 days from the date of this order, the court of appeals will be so notified.  It is

**FURTHER ORDERED** that the Motion for Certificate Of Appealability filed on

October 1, 2007, is denied as unnecessary.


DATED at Denver, Colorado this 9th day of October, 2007.


BY THE COURT:


s/ Edward W. Nottingham
CHIEF JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO