# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 14, 2008 |
| Court Reporter: Janet Coppock | Time: 48 minutes |
| Probation Officer: Grant Hanson | Interpreter: n/a |

**CASE NO. 92-CR-00335-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michelle Korver |
| Plaintiff, | |
| vs. | |
| **STEVEN ROBERTSON,** | Bruce Brown |
| Defendant. | |

## HEARING ON MOTION FOR SENTENCING REDUCTION

**4:24 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Court inquires if counsel feel there is a conflict with Judge Brimmer presiding over these proceedings.

After the Court's inquiry of Ms. Kolver, counsel concur no conflict exists.

**Defendant's First Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC § 3582 (Doc #209) filed 6/13/08.**

**Defendant's Second Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC § 3582 (Doc #209) filed10/08/08.**

Record should reflect that the Court has reviewed defendant's supplemental motion and the probation department's addendum recalculating the guideline range.

**4:28 p.m.**     Argument by Mr. Brown.

**4:31 p.m.**     Defendant addresses the Court.

**4:43 p.m.**     Argument by Ms. Korver.

**4:48 p.m.**     Rebuttal argument by Mr. Brown.

Court states its findings and conclusions.

**ORDERED:**  Defendant's First Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC § 3582 (Doc #209) filed 6/13/08 is **GRANTED.**

**ORDERED:**  Defendant's Second Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC § 3582 (Doc #209) filed10/08/08 is **GRANTED.**

**ORDERED:**  Defendant's sentence is modified as follows:

Defendant shall be **imprisoned** for **405** months as to Count One, **405** months as to Count 3 and **240** months as to Counts Four, Five, Six, Seven and Eight. To be served concurrently.

Court RECOMMENDS that defendant receive credit for **time served** in custody.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years as to Counts 1 and 3, to be served concurrently.

Page Three
92-CR-00335-PAB
November 14, 2008

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:** Probation Department shall prepare an amended judgment.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**5:02 p.m.** **COURT IN RECESS**

**Total in court time:** **48 minutes**

**Hearing concluded**