# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 92-cr-00335-PAB-01 |
| STEVEN ROBERTSON ) | USM No: 98060-012 |
| ) | |
| Date of Previous Judgment: August 9, 1993 ) | Bruce I. Brown, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

## Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of life **is reduced to** 405 months imprisonment on Counts One and Three and 240 months imprisonment on each of Counts Four through Eight. The sentences on all counts are to run concurrently with each other. The defendant is sentenced to five (5) years supervised release on Counts One and Three, to run concurrently.

Conditions of Supervised Release were ordered as follows:

(**X**)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
(**X**)    Defendant shall not commit another federal, state or local crime.
(**X**)    Defendant shall not illegally possess controlled substances.
(**X**)    Defendant shall not possess a firearm or destructive device.
(**X**)    Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
(**X**)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 360 mos. to life | Amended Guideline Range: | 324 to 405 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**
Except as provided above, all provisions of the judgment dated August 9, 1993, shall remain in effect to the extent they are not inconsistent with this order. The Probation Department may also add such terms and conditions of supervised release as are appropriate.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: November 14, 2008 | s/ Philip A. Brimmer |
| | Judge's signature |
| Effective Date: | Philip A. Brimmer, U.S. District Court Judge |
| (if different from order date) | Printed name and title |